UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAWUD AMEEN HUSAIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17-CV-1841 JCH |
| | ) |
| VERNON BETTS, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of the record. Plaintiff has neither paid the filing fee nor submitted a financial affidavit in support of his motion to proceed in forma pauperis. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail to plaintiff a copy of the Court's form CJA 23 financial affidavit.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $400 filing fee or submit the completed financial affidavit within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this ____12th____ day of July, 2017.

July 12, 2017
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE